# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **TOMAS ALFREDO MACARIO MORALES,** §<br>§<br>§<br>    *Petitioner*, §<br>§<br>**v.** §<br>§<br>**JOHN DOE, IN HIS CAPACITY AS** §<br>**WARDEN OF CAMP EAST** §<br>**MONTANA DETENTION FACILITY;** §<br>**MARISA FLORES, IN HER OFFICIAL** §<br>**CAPACITY AS ACTING FIELD** §<br>**OFFICE DIRECTOR, EL PASO FIELD** §<br>**OFFICE, ENFORCEMENT AND** §<br>**REMOVAL OPERATIONS, U.S.** §<br>**IMMIGRATION & CUSTOMS** §<br>**ENFORCEMENT; TODD LYONS, IN** §<br>**HIS OFFICIAL CAPACITY AS** §<br>**ACTING DIRECTOR U.S.** §<br>**IMMIGRATIONS AND CUSTOMS** §<br>**ENFORCEMENT; KRISTI NOEM, IN** §<br>**HER OFFICIAL CAPACITY AS U.S.** §<br>**SECRETARY OF HOMELAND** §<br>**SECURITY; PAMELA BONDI, IN** §<br>**HER OFFICIAL CAPACITY AS** §<br>**ATTORNEY GENERAL OF THE U.S.;** §<br>**SIRCE E OWEN, IN HER OFFICIAL** §<br>**CAPACITY AS ACTING DIRECTOR** §<br>**OF THE EXECUTIVE OFFICE FOR** §<br>**IMMIGRATION REVIEW;  U.S.** §<br>**DEPARTMENT OF HOMELAND** §<br>**SECURITY; U.S. IMMIGRATION** §<br>**AND CUSTOMS ENFORCEMENT;** §<br>**U.S. DEPARTMENT OF JUSTICE;** §<br>**AND U.S. EXECUTIVE OFFICE FOR** §<br>**IMMIGRATION REVIEW,** §<br>§<br>    *Respondents*. § | **No.  3:25-CV-00546-LS** |

## ORDER DISMISSING CASE

Upon consideration of the parties' Joint Motion to Dismiss the Petitioner's Proposed Amended Petition for Habeas Corpus Without Prejudice,[1] the Court grants the motion [ECF No. 15] and dismisses this action without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on March 18, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 15.